**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MICHAELA S. RICHEY,

    Plaintiff,

v.

    Case No. 8:23-cv-00891-JLB-UAM

HALSTED FINANCIAL SERVICES, LLC,

    Defendant.

_____/

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO COMPLETE MEDIATION**

NOW comes MICHAELA S. RICHEY ("Plaintiff"), by and through the undersigned counsel, moves this Honorable Court to extend the deadline to complete mediation and in support thereof, states as follows:

1. On April 24, 2023, Plaintiff her Complaint alleging violations of the Fair Debt Collection Practices Act and Florida Consumer Collection Practices Act. [Dkt. No. 1].

2. On May 14, 2023, pursuant to the filing of Plaintiff's Complaint, this Honorable Court entered a "Fast Track Scheduling Order" setting various deadlines in this matter. Amongst these deadlines was a deadline for parties to complete mediation by October 25, 2023.

3. Due to scheduling conflicts with James R. Betts, parties would like extend to the deadline to conduct mediation to January 15, 2024.

4. The parties are working on scheduling a mediation in this matter and expect to schedule a mediation in short order.

1

WHEREFORE, Plaintiff respectfully request that the Court extend the deadline to complete mediation by January 15, 2024 and any other relief deemed appropriate and equitable.

Dated: October 25, 2023

Respectfully submitted,

*/s/ Alexander J. Taylor*
Alexander J. Taylor
Florida Bar ID No. 1013947
Sulaiman Law Group, Ltd.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Phone: (331) 307-7646
Fax: (630) 575-8188
ataylor@sulaimanlaw.com
*Counsel for Plaintiff*

## RULE 3.01(g) CERTIFICATION

Counsel for Plaintiff conferred with Counsel for Defendant, Michael A. Gold, regarding the relief sought in the foregoing motion and Defendant is unopposed to the filing of this motion.

## CERTIFICATE OF SERVICE

I hereby certify on October 25, 2023, I electronically filed with the Clerk of the U.S. District Court, Middle District of Florida, Tampa Division, the foregoing Motion to Extend Deadline to Complete Mediation using CM/ECF system, which will send notification of such filing(s) to all counsel of records.

*/s/ Alexander J. Taylor*